# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

In re:  §  Case No. 09-38840-ERW
§
RANDALL L. POTTER  §
§
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 08/25/2010, in Courtroom 744, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/27/2010           By:   /s/ David P. Leibowitz
                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-38840-ERW |
| | § | |
| RANDALL L. POTTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $5,512.39
*and approved disbursements of*  $0.00
*leaving a balance on hand of[1]:*  $5,512.39

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $1,301.24 | $66.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,697.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of Citibank | $7,340.91 | $1,183.95 |
| 2 | Chase Bank USA, N.A. | $2,122.36 | $342.29 |
| 3 | Capital Recovery III LLC As Assignee of GE Capital JC Penney Consumer | $293.15 | $47.28 |
| 4 | Capital Recovery III LLC as Assignee of GE Capital Sam's Club | $906.93 | $146.27 |
| 5 | Atlas Acquisitions LLC | $13,164.07 | $2,123.10 |
| 6 | GE Money Bank dba OLD NAVY | $75.52 | $12.18 |
| 7 | U.S. Bank N.A. | $1,244.82 | $200.76 |
| 8 | U.S. Bank N.A. | $550.00 | $88.70 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: nmolina               Page 1 of 2                   Date Rcvd: Jul 28, 2010
Case: 09-38840                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Jul 30, 2010.
db           +Randall L. Potter,    1535 W. Fargo Ave., Apt. 3B,    Chicago, IL 60626-5906
aty           Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty          +Jason R Allen,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
aty           John Eggum,    Lakelaw,    420 W Clayton Street,    Waukegan, IL 60085-4216
aty          +Jonathan T Brand,    Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14594327     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
14594330    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court:  Chrysler Financial,    1807 Park 270 Dr,    Saint Louis, MO 63146)
14594328     +Cap One,   Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
14594329      Chase,    Bank One Card Serv,    Westerville, OH 43081
15100642      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14594331     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14594332     +Citifinancial Retail S,    Po Box 140489,    Irving, TX 75014-0489
14594337      G E Money Bank(Lowes Consumer),    c/o Recovery Management Systems Corp,    25 S E 2nd Ave Ste 1120,
               Miami, FL 33131-1605
14594334     +HSBC/ORCHARD BK,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14594335     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
14594338     +Onyx Acceptance Corp,    C/O Tsys Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
15045051     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14594339     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
14594342     +Target Nb,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3400
15415448    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH  45201)
14594343     +Us Bank Hogan Loc,    Po Box 5227,    Cincinnati, OH 45201-5227
14594345     +WFNNB,    Po Box 182125,    Columbus, OH 43218-2125
The following entities were noticed by electronic transmission on Jul 28, 2010.
14594326     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:51     Am-eagle/mccbg/GEMB,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14998205     +E-mail/Text: bnc@atlasacq.com                          Atlas Acquisitions LLC,
               Maryland National Bank NA,    294 Union St.,    Hackensack, NJ 07601-4303
15102309     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2010 02:14:19
               Capital Recovery III LLC As Assignee,    of GE Capital JC Penney Consumer,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
15140840     +E-mail/PDF: rmscedi@recoverycorp.com Jul 29 2010 02:14:19
               Capital Recovery III LLC as Assignee,    of GE Capital Sam’s Club,
               c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
15289280     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:52     GE Money Bank dba OLD NAVY,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14594333     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:51     GEMB / Old Navy,
               Attention:  Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14594336     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:52     JC Penney,
               Attention:  Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
14594341     +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:52     Sams Club,
               Attention:  Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14594340    ##+Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,    Greenville, SC 29603-0467
14594344    ##+Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
               Greenville, SC 29603-0467
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina           Page 2 of 2              Date Rcvd: Jul 28, 2010
Case: 09-38840                Form ID: pdf006         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**                        **Signature:**    /s/ Joseph Speetjens